UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JAMES I. LENOIR, | ) |
|     Plaintiff, | ) |
| v. | ) No. 4:10-CV-1957-JCH |
| CHARLES M. MARCEE, et al., | ) |
|     Defendants. | ) |

## ORDER

This matter is before the Court on plaintiff's interlocutory notice of appeal pursuant to 28 U.S.C. § 1292. Plaintiff, a prisoner, has not submitted a motion to proceed in form pauperis on appeal or a prison account statement as required by 28 U.S.C. § 1915(a).

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff shall submit a motion to proceed in forma pauperis on appeal and a certified copy of his prisoner account statement for the six-month period immediately preceding the filing of the notice of appeal within thirty (30) days of the date of this Order. See 28 U.S.C. § 1915(a).

**IT IS FURTHER ORDERED** that the Clerk shall mail to plaintiff a copy of the Court's form "Motion to Proceed In Forma Pauperis – Prisoner Cases."

Dated this 9th Day of May, 2011.

/s/ Jean C. Hamilton
JEAN C. HAMILTON
UNITED STATES DISTRICT JUDGE