UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JAMES I. LENOIR, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 4:10CV1957 JCH |
| ) | |
| CHARLES M. MARCEE, ) | |
| ) | |
| Defendant(s). ) | |

**ORDER**

**IT IS HEREBY ORDERED** that this matter is set for a hearing on Defendant's Motion to Compel (ECF No. 52) and Defendant's Motion for an Extension of Time for Discovery (ECF No. 54) on **Friday, June 8, 2012**, at **10:00 A.M.** in the courtroom of the undersigned.

Dated this   1st   day of June, 2012.

/s/Jean C. Hamilton
UNITED STATES DISTRICT JUDGE